103 F.3d 113
 Midwest Portland Cement Company
v.
Lawrence F. Ranallo, Trustee of Estate of Pittsburgh Food &
Beverage, Inc.; First Commerce Investment Company v.
Lawrence F. Ranallo, Trustee of Estate of Pittsburgh Food &
Beverage, Inc.; U.S. Cement Company v. Lawrence F. Ranallo,
Trustee of Estate of Pittsburgh Food & Beverage, Inc.; USC
Industries, Inc. v. Lawrence F. Ranallo, Trustee of Estate
of Pittsburgh Food & Beverage, Inc.
 NO. 96-3236
 United States Court of Appeals,
Third Circuit.
 Nov 21, 1996
 
 Appeal From: W.D.Pa., Nos. 96-00021, 96-00022, 96-00023, 96-00030,
 Bloch, J.
 
 
 1
 AFFIRMED.